# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 431 | DATE | 5/30/2008 |
| CASE TITLE | USA vs. Antonio Garcia | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Antonio Garcia appears in response to arrest on 05/30/08. Defendant informed of his rights. Interpreter Sworn. The court finds defendant unable to afford counsel. Douglas Whitney of the Federal Defender Panel is appointed as counsel for defendant. Government moves for pretrial detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Preliminary examination hearing set for 06/12/08 at 10:30 a.m. Defendant shall remain in custody pending trial or until further order of the Court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|