# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

IN UNITED STATES: [X] MAGISTRATE  [ ] DISTRICT  [ ] APPEALS COURT or  [ ] OTHER PANEL (Specify below)

IN THE CASE OF: U S vs. Antonio Garcia

FILED MAY 30 2008
5-30-08
MAGISTRATE JUDGE GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

LOCATION NUMBER: 

DOCKET NUMBERS
Magistrate: 08 cr 431
District Court: 
Court of Appeals: 

PERSON REPRESENTED (Show your full name): Antonio Garcia

[X] 1. Defendant – Adult
[ ] 2. Defendant – Juvenile
[ ] 3. Appellant
[ ] 4. Probation Violator
[ ] 5. Parole Violator
[ ] 6. Habeas Petitioner
[ ] 7. 2255 Petitioner
[ ] 8. Material Witness
[ ] 9. Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) [X] Felony  [ ] Misdemeanor

8 USC §1326(a)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? [ ] Yes  [X] No  [ ] Am Self Employed
Name and address of employer: 
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment: March, 2008
How much did you earn per month? $ 1200.00
If married is your Spouse employed? [ ] Yes  [X] No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes  [X] No
RECEIVED: ___  SOURCES: ___
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ___

**CASH**
Have you any cash on hand or money in savings or checking account [ ] Yes  [X] No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes  [X] No
VALUE: ___  DESCRIPTION: ___
IF YES, GIVE THE VALUE AND DESCRIBE IT $ ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: [ ] SINGLE  [ ] MARRIED  [ ] WIDOWED  [ ] SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: ___
Creditors: ___
Total Debt: $ ___
Monthly Payt.: $ ___

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5-30-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Antonio Garcia