## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 431 | **DATE** | 6/11/2008 |
| **CASE TITLE** | USA vs. Antonio Garcia | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's counsel advises the Court that defendant waives his right to be present at this status hearing. Defendant's counsel advises the Court that defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Defendant shall remain in custody pending trial or until further order of the Court. Preliminary examination hearing set for 06/12/08 is stricken.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|