UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGE SHADUR |
| | 08 CR 431 |
| v. | |
| | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6 United States Code, Section 202(4) |
| ANTONIO GARCIA | |

MAGISTRATE JUDGE GERALDINE SOAT BROWN

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

On or about May 20, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

ANTONIO GARCIA,

defendant herein, an alien who previously had been deported and removed from the United States on or about October 25, 2002, was present and found in the United States without previously having obtained the express consent of the United States Attorney General and, at any time after February 28, 2003, from the Secretary of the Department of Homeland Security for re-application by the defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY