## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 431 | **DATE** | 6/27/2008 |
| **CASE TITLE** | USA vs. Antonio Garcia | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all counts. LR 16.1 to be completed by July 7, 2008. Defense motions are due July 14, 2008, government's response due July 21, 2008. A status hearing is set for July 29, 2008 at 1:15 p.m. This Court finds that the time from today through July 29, 2008 is excludable under 18:3161(h)(1) and the Tibboel case. (XE) Defendant's presence is waived for the next status hearing.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | SN |
|---|---|---|