## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
## Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                        Case No.: 1:08−cr−00431
                                        Honorable Milton I. Shadur

Antonio Garcia

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry as to Antonio Garcia before the Honorable Milton I. Shadur: Change of Plea Hearing set for 9/10/2008 at01:15 PM. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.